

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ADAM LIPINKSI, ERIC GARCIA, and KAMIL KULIG,
individually and on behalf of all others similarly
situated,

                        Civil Action No. 1:19-cv-4534 AMD-ST

          Plaintiffs,

                        **AFFIDAVIT OF SERVICE**

    -v-

APPROVED PLUMBING AND FIRE PROTECTION
LLC as successor in interest to CITY PLUMBING;
APPROVED OIL CO. OF BROOKLYN INC.,
VINCENT THEURER; IRA AUSLANDER,

          Defendants.
-----------------------------------------------------------------X
STATE OF NEW YORK  )
                    S.S.
COUNTY OF NEW YORK)

        **TIMOTHY BOTTI**, being duly sworn, deposes and says that he is over eighteen years of age, is employed by the attorney service, DLS, INC., and is not a party to this action.

        That on the 17th day of September, 2019, at approximately the time of 2:30 pm, deponent served a true copy of the **SUMMONS IN A CIVIL ACTION AND CLASS AND COLLECTIVE ACTION COMPLAINT** upon **VINCENT THEURER** c/o Approved Oil Co. of Brooklyn, Inc., at 6717 Fourth Avenue, Brooklyn, NY 11220, by personally delivering and leaving the same with **ERIK MINAURO**, a person of suitable age and discretion, Executive Assistant, at that address, the actual place of business. At the time of service, deponent asked **ERIK MINAURO** whether **VINCENT THEURER** is in active military service for the United States of America or for the State in any capacity whatever or dependent upon a person in active military service and received a negative reply.

        **ERIK MINAURO** is a white male, approximately 38 years of age, stands approximately 5 feet 9 inches tall, weighs approximately 175 pounds with brown hair and dark eyes.

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com



That on the 18th day of September, 2019, deponent served another copy of the foregoing upon **VINCENT THEURER** by first class mail, by enclosing a true copy thereof in a securely sealed and postpaid wrapper with the words "PERSONAL AND CONFIDENTIAL" written on the same envelope and not indicating on the outside that it is from an attorney or concerns an action against the person to be served, and depositing the same into an official depository maintained by the Government of the United States, City and State of New York, addressed as follows:

**VINCENT THEURER**
C/O APPROVED OIL CO. OF BROOKLYN, INC.
6717 FOURTH AVENUE
BROOKLYN, NY 11220

TIMOTHY BOTTI, #0843358

Sworn to before me this
19th day of September, 2019

_____
NOTARY PUBLIC

JONATHAN RIPPS
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01RI6109718
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES MAY 17, 2020

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com