

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ADAM LIPINKSI, ERIC GARCIA, and KAMIL KULIG,
individually and on behalf of all others similarly
situated,

          Plaintiffs,

      -v-

APPROVED PLUMBING AND FIRE PROTECTION
LLC as successor in interest to CITY PLUMBING;
APPROVED OIL CO. OF BROOKLYN INC.,
VINCENT THEURER; IRA AUSLANDER,

          Defendants.
-----------------------------------------------------------------X

Civil Action No. 1:19-cv-4534 AMD-ST

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK )
            S.S.
COUNTY OF NEW YORK)

        **TIMOTHY BOTTI**, being duly sworn, deposes and says that he is over eighteen years of age, is employed by the attorney service, DLS, INC., and is not a party to this action.

        That on the 17th day of September, 2019, at approximately the time of 2:30 pm, deponent served a true copy of the **SUMMONS IN A CIVIL ACTION AND CLASS AND COLLECTIVE ACTION COMPLAINT** upon **APPROVED OIL CO. OF BROOKLYN, INC.** at 6717 Fourth Avenue, Brooklyn, NY 11220, by personally delivering and leaving the same with **ERIK MINAURO,** who informed deponent that he holds the position of Executive Assistant with that company and is authorized by appointment to receive service at that address.

        **ERIK MINAURO** is a white male, approximately 38 years of age, stands approximately 5 feet 9 inches tall, weighs approximately 175 pounds with brown hair and dark eyes.

_[signature]_

**TIMOTHY BOTTI, #0843358**

Sworn to before me this
19th day of September, 2019

_[signature]_
NOTARY PUBLIC

JONATHAN RIPPS
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01RI6109718
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES MAY 17, 2020

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com