

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ADAM LIPINSKI, ERIC GARCIA, and KAMIL KULIG,
individually and on behalf of all others similarly
situated,

          Civil Action No. 1:19-cv-4534 AMD-ST

      Plaintiffs,

          **AFFIDAVIT OF SERVICE**

      v.

APPROVED PLUMBING AND FIRE PROTECTION
LLC as successor in interest to CITY PLUMBING;
APPROVED OIL CO. OF BROOKLYN INC.,
VINCENT THEURER; IRA AUSLANDER,

      Defendants.
-----------------------------------------------------------------X
STATE OF NEW YORK  )
          S.S.
COUNTY OF NEW YORK)

      **TIMOTHY BOTTI**, being duly sworn, deposes and says that he is over eighteen years of age, is employed by the attorney service, DLS, INC., and is not a party to this action.

      That on the 26th day of September, 2019, at approximately the time of 2:20 pm, deponent served a true copy of the **SUMMONS IN A CIVIL ACTION AND CLASS AND COLLECTIVE ACTION COMPLAINT** upon **APPROVED PLUMBING AND FIRE PROTECTION LLC** at 6717 Fourth Avenue, Attn: Ira Auslander, Brooklyn, NY 11220, by personally delivering and leaving the same with **DIANA BLANDA,** who informed deponent that she is authorized by appointment to receive service at that address.

      **DIANA BLANDA** is a white female, approximately 54 years of age, stands approximately 5 feet 5 inches tall, weighs approximately 150 pounds with brown hair and dark eyes.

*[signature]*

TIMOTHY BOTTI, #0843358

Sworn to before me this
30th day of September, 2019

*[signature]*
_____
NOTARY PUBLIC

JONATHAN RIPPS
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01RI6109718
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES MAY 17, 2020

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com