UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADAM LIPINSKI, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>      vs.<br><br>APPROVED PLUMBING AND FIRE PROTECTION, LLC, APPROVED OIL CO. OF BROOKLYN, INC., VINCENT THEURER and IRA AUSLANDER,<br><br>                    Defendants. | Civil Action No. 19-CV-04534<br><br>**NOTICE OF UNOPPOSED MOTION FOR FINAL APPROVAL OF THE CLASS ACTION SETTLEMENT** |

**PLEASE TAKE NOTICE** that for the reasons set forth in the Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Final Approval of the Class Action Settlement, the Declaration of Christopher Q. Davis submitted herewith and the supporting exhibits attached thereto, and all the pleadings and proceedings heretofore had herein, the undersigned respectfully move this Court, before the Honorable Judge Steven Tiscione, United States Magistrate Judge, in the United States District Court for the Eastern District of New York, 225 Cadman Plaza E, Brooklyn, NY 11201, for an order:

      (1)    Granting final approval of the settlement reached by the parties in this action as embodied in their Amended Settlement Agreement (the "Settlement" or the "Settlement Agreement") attached to the Declaration of Christopher Q. Davis as Exhibit 1;

      (2)    Certifying the following settlement class under the Federal Rules of Civil Procedure 23 in connection with the settlement process:

> all present and former persons employed as Mechanics, Junior Mechanics, or Helpers, or in other substantially similar positions at any time between February 1, 2016 and July 22, 2020.

1

(3) Certifying the following settlement class under the Fair Labor Standards Act, 29 U.S.C. § 216 (b) in connection with the settlement process:

> all present and former persons employed as Mechanics, Junior Mechanics, or Helpers, or in other substantially similar positions at any time between February 1, 2016 and July 22, 2020.

(4) Dismissing the above-captioned action on the merits with prejudice.

Please find the Plaintiffs' **[Proposed] Order Granting Final Approval and Settlement attached hereto as Exhibit A.**

Dated: August 27, 2021
New York, New York

Respectfully submitted,

By: _____/s/_____

Christopher Q. Davis (CD-7282)
Rachel M. Haskell (RH-8248)
**The Law Office of Christopher Q. Davis, PLLC**
80 Broad Street, Suite 703
New York, New York 10004
Telephone: (646) 430-7930

*Attorneys for Plaintiffs and the Class*