# CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Magistrate Judge Steven L. Tiscione |
| **DATE:** | November 29, 2021 |
| **TIME:** | 11:00 A.M. |
| **DOCKET NUMBER(S):** | CV-19-4534 (ST) |
| **NAME OF CASE(S):** | **LIPINSKI ET AL V. APPROVED PLUMBING AND FIRE PROTECTION LLC ET AL.** |
| **FOR PLAINTIFF(S):** | Haskell |
| **FOR DEFENDANT(S):** | Bloom |
| **NEXT CONFERENCE(S):** | **See Rulings Below** |
| **FTR/COURT REPORTER:** | AT&T 11:14 - 11:16 |

**RULINGS FROM MOTION HEARING:**

Parties report that proper notifications were made under CAFA more than 90 days ago. Accordingly, for the reasons previously discussed at the Fairness Hearing and set forth in the accompanying Order, the First MOTION for Settlement re Final Approval of Class Settlement [36] and the First MOTION for Attorney Fees and Expenses [39] are granted. The Clerk of the Court is respectfully requested to close this case.